IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | * | MDL 1586 |
| | * | |
| PAULA BEALS | * | |
| | * | |
| v. | * | Civil No. JFM-05-1086 |
| | * | |
| VARIABLE ANNUITY LIFE INSURANCE CO. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 21st day of August 2006

ORDERED that

1) Because the parties agree that Plaintiff's complaint is materially indistinguishable from the three complaints found to be preempted by SLUSA in *In re Mutual Funds Inv. Litig.*, 2006 WL 1888929 (D. Md. June 1, 2006), Defendant Variable Annuity Life Insurance Co.'s motion to dismiss is granted for the reasons stated in that opinion; and

2) This case is closed.

/s/
J. Frederick Motz
United States District Judge